```
                               United States Bankruptcy Court
                                  Northern District of Ohio
In re:                                                              Case No. 18-11975-jps
Patricia Anne Donofrio                                              Chapter 7
       Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0647-1           User: admin                  Page 1 of 2           Date Rcvd: Apr 06, 2018
                               Form ID: 309A                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2018.
db             +Patricia Anne Donofrio,    5466 Pleasant Street,    North Ridgeville, OH 44039-2252
25379329       +ASPIRE,    P.O. BOX 790317,    ST. LOUIS, MO 63179-0317
25379327        AT&T UNIVERSAL CARD,    P.O. BOX 79001037,    LOUISVILLE, KY 40290-1037
25379331        BANK OF AMERICA,    P.O. BOX 7982234,    EL PASO, TX 79998-2234
25379332       +BEST BUY,    P.O. BOX 9001007,    LOUISVILLE, KY 40290-1007
25379330        BP,    P.O. BOX 7530942,    ATLANTA, GA 30353-0942
25379339       +DISCOVER,    ATTN: PRESIDENT,    502 EAST MARKET STREET,    GREENWOOD, DE 19950-9700
25379340       +DOMINIC DONOFRIO,    5466 PLEASANT AVENUE,    NORTH RIDGEVILLE, OH 44039-2252
25379341       +ELYRIA MEDICAL CENTER,    630 RIVER STREET,    ELYRIA, OH 44035-5902
25379342        FIRST NATIONAL BANK OF OMAHA,    P.O.BOX 2557,    OMAHA, NE 68103-2557
25379348       +JC PENNEY,    6501 LEGACY DRIVE,    PLANO, TX 75024-3698
25379349       +JP MORGAN CHASE,    P.O. BOX 24696,    COLUMBUS, OH 43224-0696
25379352       +PNC BANK,    1900 EAST NINTH STREET,    CLEVELAND, OH 44114-3484
25379358      #+SYNCHRONY BANK,    200 CROSSING BLVD,    BRIDGEWATER, NJ 08807-2861

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: docket@ohbksource.com Apr 06 2018 21:28:43     William J. Balena,
                 30400 Detroit Road,    Suite 106,    Westlake, OH 44145
tr             +EDI: FKBCONIGLIO Apr 07 2018 01:14:00     Kari B. Coniglio,    200 Public Square,   Suite 1400,
                 Cleveland, OH 44114-2327
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Apr 06 2018 21:29:20     Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,    Suite 441,   Cleveland, OH 44114-1234
25379328        EDI: APPLIEDBANK.COM Apr 07 2018 01:14:00     APPLIED BANK,    P.O. BOX 17125,
                 WILMINGTON, DE 19850-7125
25379333       +EDI: CAPITALONE.COM Apr 07 2018 01:14:00     CAPITAL ONE,    P.O. BOX 6492,
                 CAROL STREAM, IL 60197-6492
25379335        EDI: CAPITALONE.COM Apr 07 2018 01:14:00     CAPITAL ONE BANK USA,    15000 CAPITAL ONE DRIVE,
                 RICHMOND, VA 23238
25379334       +EDI: CAPONEAUTO.COM Apr 07 2018 01:14:00     CAPITAL ONE AUTO FINANCE,    P.O. BOX 60511,
                 CITY OF INDUSTRY, CA 91716-0511
25379336       +EDI: CITICORP.COM Apr 07 2018 01:14:00     CITIBANK,    701 EAST 60TH STREET, N,
                 SIOUX FALLS, SD 57104-0493
25379337       +EDI: CITICORP.COM Apr 07 2018 01:14:00     CITIBANK - SHELL,    701 EAST 60TH STREET, N,
                 SIOUX FALLS, SD 57104-0493
25379338       +EDI: RCSFNBMARIN.COM Apr 07 2018 01:13:00     CREDIT ONE BANK,    ATTN: PRESIDENT,
                 P.O. BOX 98872,    LAS VEGAS, NV 89193-8872
25379343       +EDI: AMINFOFP.COM Apr 07 2018 01:13:00     FIRST PREMIER BANK,    3820 NORTH LOUISE AVENUE,
                 SIOUX FALLS, SD 57107-0145
25379344       +EDI: AMINFOFP.COM Apr 07 2018 01:13:00     FIRST PREMIER BANK,    ATTN: PRESIDENT,
                 3820 NORTH LOUISE AVENUE,    SIOUX FALLS, SD 57107-0145
25379345       +EDI: WFNNB.COM Apr 07 2018 01:14:00     GIANT EAGLE,    P.O. BOX 182789,
                 COLUMBUS, OH 43218-2789
25379346       +EDI: CITICORP.COM Apr 07 2018 01:14:00     HOME DEPOT,    ATTN: PRESIDENT,    P.O. BOX 6497,
                 SIOUX FALLS, SD 57117-6497
25379347       +E-mail/Text: bankruptcy@huntington.com Apr 06 2018 21:30:03     HUNTINGTON BANK,
                 P.O. BOX 1558,    COLUMBUS, OH 43216-1558
25379350       +EDI: RMSC.COM Apr 07 2018 01:14:00     LOWES,    P.O. BOX 965005,    ORLANDO, FL 32896-5005
25379351       +EDI: MERRICKBANK.COM Apr 07 2018 01:13:00     MERRICK BANK,    P.O. BOX 9201,
                 OLD BETHPAGE, NY 11804-9001
25381297       +EDI: PRA.COM Apr 07 2018 01:13:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
25379353        E-mail/Text: bk@revenuegroup.com Apr 06 2018 21:30:59     REVENUE GROUP,
                 4780 HINCKLEY INDUSTRIAL PKWY, #200,    CLEVELAND, OH 44109
25379354       +EDI: RMSC.COM Apr 07 2018 01:14:00     SAMS CLUB,    P.O. BOX 965005,    ORLANDO, FL 32896-5005
25379355       +EDI: SEARS.COM Apr 07 2018 01:14:00     SEARS,    3333 BEVERLY ROAD,
                 HOFFMAN ESTATES, IL 60179-1999
25379356       +EDI: CHASE.COM Apr 07 2018 01:14:00     SLATE,    P.O. BOX 15298,    WILMINGTON, DE 19850-5298
25379359       +EDI: WTRRNBANK.COM Apr 07 2018 01:14:00     TARGET,    1000 NICOLLET MALL,
                 MINNEAPOLIS, MN 55403-2542
25379360        EDI: USBANKARS.COM Apr 07 2018 01:13:00     US BANK,    4801 FREDERICA STREET,
                 OWENSBORO, KY 42301
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25379357        SUNOCO,    P.O. BOX 321
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2018 at the address(es) listed below:
              Kari B. Coniglio    kbconiglio@vorys.com,
               mdwalkuski@vorys.com;jahouser@vorys.com;tjbrooks@vorys.com;kbc@trustesolutions.net
              William J. Balena    on behalf of Debtor Patricia Anne Donofrio docket@ohbksource.com,
               debra@ohbksource.com
                                                                                         TOTAL: 2
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Patricia Anne Donofrio** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9206 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Ohio** | | Date case filed for chapter **7   4/4/18** |
| Case number:   **18–11975–jps** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Patricia Anne Donofrio | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5466 Pleasant Street <br> North Ridgeville, OH 44039 | |
| 4. | **Debtor's attorney** <br> Name and address | William J. Balena <br> 30400 Detroit Road <br> Suite 106 <br> Westlake, OH 44145 | Contact phone (440) 365–2000 <br> Email:  docket@ohbksource.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Kari B. Coniglio <br> 200 Public Square <br> Suite 1400 <br> Cleveland, OH 44114 | Contact phone (216) 479–6167 <br> Email:  kbconiglio@vorys.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

18-11975-jps    Doc 7    FILED 04/08/18    ENTERED 04/09/18 00:17:13    Page 3 of 4

| 6. **Bankruptcy clerk's office** | United States Bankruptcy Court | Hours open 9:00 AM – 4:00 PM |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. www.ohnb.uscourts.gov. | Howard M. Metzenbaum U.S. Courthouse 201 Superior Avenue Cleveland, OH 44114–1235 | Contact phone 216–615–4300 Date: 4/6/18 |
| 7. **Meeting of creditors** | **May 14, 2018 at 09:00 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** Valid photo identification required *** *** Proof of Social Security Number required *** | **341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114** |
| 8. **Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/13/18** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**